# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:21-CV-00257-NYW

PAMELA LOGAN, on behalf of herself and
all others similarly situated,

      Plaintiff,

v.

UNITED AMERICAN SECURITY, LLC,

      Defendant.

## NOTICE OF SETTLEMENT

      Representative Plaintiff Pamela Logan ("Representative Plaintiff") and Defendant United American Security, LLC ("Defendant") have reached an agreement to settle the above-captioned case (the "Lawsuit"). That settlement agreement remains subject to Court approval. This Notice provides you with information about the settlement and an opportunity to object or not participate, if you desire.

### I.    DESCRIPTION OF THE LAWSUIT

      On January 26, 2021, this Lawsuit was initiated, alleging that Defendant violated the Fair Labor Standards Act ("FLSA") by failing to pay certain employees overtime wages for time spent before their paid shift on "pass on" or "pass down" duties prior to clocking in each day. Defendant denied and continues to deny that it violated the law in any way. The Parties have agreed to settle the Lawsuit to avoid the expense and inconvenience of protracted litigation. As such, the agreement to settle the Lawsuit shall not be construed as an admission that Defendant acted wrongfully in any manner.

      On May 14, 2021, the Court issued an order conditionally certifying the Lawsuit as a collective action. On [DATE], the Court issued an order authorizing the distribution of the Notice of Collective Action Lawsuit to potentially eligible individuals, which you previously received and responded to by completing and returning the Consent Form, and this Notice of Settlement.

### II.    SETTLEMENT OF THE LAWSUIT

      The Parties have settled the Lawsuit. However, the Court must still approve the settlement.

Subject to the Court's approval of the settlement, you will be entitled to a settlement payment in the amount of [insert information for each individual], of which [insert wage information for each individual] will be paid as wages, for which you will receive a W-2, and of which [insert liquidated damages information for each individual] will be paid as liquidated damages, for which you will receive a 1099.

### III.   SERVICE AWARD AND ATTORNEYS' FEES AND COSTS

The settlement provides that the Representative Plaintiff will be paid a service award of $750.00 for her service in the Lawsuit. The settlement also provides that Plaintiff's Counsel will be paid $12,000.00 in attorneys' fees, as well as $2,348.77 in costs incurred to litigate the Lawsuit. These amounts will be paid separately by Defendant, and will not impact the amounts you will receive.

### IV   SCOPE OF RELEASE

In exchange for your settlement payment, you will forever waive, discharge, and release any and all claims, demands, damages, actions, causes of action and liabilities against Defendant, its parent, subsidiaries, affiliated and related companies, and against its past and present officers, directors, members, employees, agents, predecessors, shareholders, partners, successors, assigns, heirs, executors, insurers, assigns, and administrators (collectively referred to as the "Released Parties") relating to any and all federal or state law wage and hour matters and any claims specifically arising out of the subject matter of the Lawsuit, at any time during the Release Period (the "Released Claims"). The "Release Period" will mean the period of time between January 26, 2018, and May 14, 2021.

### V.   NO RETALIATION OR ADVERSE ACTION

Defendant will not take any adverse action against any individual because he or she participated in the settlement. Your participation in the settlement, however, will not excuse you from complying with Defendant's policies and work rules if you are still employed by Defendant.

### VI.   QUESTIONS OR OBJECTIONS ABOUT, AND RIGHT NOT TO BE BOUND BY, THE SETTLEMENT

If you have any questions or objections about the settlement, or if you wish not to be represented by the Representative Plaintiff and/or not to be bound by the settlement and to instead continue pursuing the claims in the Lawsuit on your own behalf, such questions, objections, or directions should be directed to Plaintiff's Counsel:

> Hans A. Nilges
> Jeffrey J. Moyle

NILGES DRAHER LLC
7266 Portage Street NW, Suite D
Massillon, Ohio  44646
T:  (234) 401-9089
F:  (330) 754-1430
notice@ohlaborlaw.com
Website:  www.ohlaborlaw.com

You may also consult with or retain another attorney to advise you regarding your rights and obligations under the settlement, at your own cost.